## SUPREME COURT.

MARGARET MURPHY agt. WILLIAM R. TRAVERS and EDWARD
MURPHY, Jr., as executors, &c., of. JOHN MORRISSEY,
deceased.

*Practice—Action for accounting — Security for costs — When required, under
section 3271 of Code of Civil Procedure, of plaintiff suing executors.*

A plaintiff suing executors will, under section 3271 of the Code of Civil
Procedure, be required to give security for costs where it is made to
appear by affidavit that he is pecuniarily irresponsible and unable for
that reason to pay costs, although the action is concededly brought in
good faith.

*Special Term, February*, 1881.

*John McCrone*, for plaintiff.

*Dorsheimer, Bacon & Deyo*, for defendants.

THIS action was brought by the plaintiff,. as legatee under
the will of John Morrissey, deceased, she being the sister and
one of the heirs-at-law of said deceased. The plaintiff sued
for an accounting by the executors, claiming that the real .
estate of deceased was chargeable with the payment of lega-
cies, and that in consequence of the inadequate jurisdiction of
the surrogate's court, her only remedy was by resort to a court
of equity.

The defendants moved, on an affidavit alleging the want of
pecuniary responsibility on the part of plaintiff, and her ina-
bility for that reason to pay costs, that she be required to give
security for costs in the sum of $1,000. The plaintiff, in
opposition to the motion, contended that as the action was
brought in good faith, which was not disputed by defendants,
and as the granting of the motion was in discretion, under

section 3271, the plaintiff should not be required to give the security asked, and cited *Darby* agt. *Condit* (1 *Duer*, 599); *Shepherd* agt. *Burt* (3 *Duer*, 645), *and Kimberly* agt. *Stuart* (22 *How.*, 281).

*Held*, DONOHUE, J., that the motion should be granted, with ten dollars costs.